IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUPREMA, INC.,

    Plaintiff,

  v.

SECUGEN CORPORATION,

    Defendant.
                                 /

AND RELATED COUNTERCLAIMS
                                 /

No. C 11-02783 WHA

**ORDER TO SHOW CAUSE**

      On August 12, 2011, Suprema, Inc., filed a motion to dismiss Secugen Corporation's second and third counterclaims (Dkt. No. 16). Pursuant to Civil Local Rule 7-3, Secugen's opposition or statement of non-opposition to the motion was due on August 26. None was filed. Accordingly, Secugen is hereby **ORDERED TO SHOW CAUSE** why its second and third counterclaims should not be dismissed for failure to oppose the motion. A response to this order must be filed by **NOON** on **SEPTEMBER 2, 2011**.

      **IT IS SO ORDERED.**

Dated: August 29, 2011.

                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California